```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700


6  Attorney for Defendant
   JUAN SANCHEZ MEDINA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>        Plaintiff, )<br>    )<br>    v. )<br>    )<br>JUAN SANCHEZ MEDINA and )<br>BENITO CANUTO GUERRERO, )<br>    )<br>        Defendants. )<br>_____ ) | No. 2:09-CR-0355 FCD<br><br>***AMENDED* STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  September 29, 2009<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Juan Sanchez Medina and Benito Canuto Guerrero, that the status conference scheduled for September 29, 2009, may be continued to November 2, 2009, at 10:00 a.m.

This is a new case and counsel for all parties seek additional time to review discovery and to determine defendants' sentencing exposure. To afford additional necessary time to prepare, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

through the status conference on November 2, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
Federal Defender

Dated:   September 24, 2009          /s/ T. Zindel
                                     TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Attorney for JUAN SANCHEZ MEDINA

Dated:   September 24, 2009          /s/ T. Zindel for D. Koukol
                                     DAN KOUKOL
                                     Attorney for BENITO CANUTO GUERRERO

                                     LAWRWENCE G. BROWN
                                     United States Attorney

Dated:   September 24, 2009          /s/ T. Zindel for T. Leras
                                     TODD LERAS
                                     Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to November 2, 2009, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   September 25, 2009          [signature]

                                        FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE