DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN SANCHEZ MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-0355 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JUAN SANCHEZ MEDINA and ) | |
| BENITO CANUTO GUERRERO, ) | Date:  November 2, 2009 |
| ) | Time:  10:00 a.m. |
| Defendants. ) | Judge: Hon. Frank C. Damrell, Jr. |
| ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Juan Sanchez Medina and Benito Canuto Guerrero, that the status conference scheduled for November 2, 2009, may be continued to November 30, 2009, at 10:00 a.m.

    Counsel for all parties seek additional time to review discovery and to determine defendants' sentencing exposure.  To afford additional necessary time to prepare, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the

status conference on November 30, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:  October 29, 2009            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JUAN SANCHEZ MEDINA


Dated:  October 29, 2009            /s/ T. Zindel for D. Koukol
                                    DAN KOUKOL
                                    Attorney for BENITO CANUTO GUERRERO

                                    LAWRWENCE G. BROWN
                                    United States Attorney


Dated:  October 29, 2009            /s/ T. Zindel for T. Leras
                                    TODD LERAS
                                    Assistant U.S. Attorney
```

## **O R D E R**

The status conference is continued to November 30, 2009, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: October 29, 2009

```
                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
```

Stip. & Order                                2