```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN SANCHEZ MEDINA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | No. 2:09-CR-0355 FCD |
|                                        ) | |
|            Plaintiff,                  ) | **STIPULATION AND ORDER** |
|                                        ) | **CONTINUING STATUS CONFERENCE** |
|     v.                                 ) | **AND EXCLUDING TIME** |
|                                        ) | |
| JUAN SANCHEZ MEDINA and                ) | |
| BENITO CANUTO GUERRERO,                ) | Date:  January 25, 2010 |
|                                        ) | Time:  10:00 a.m. |
|            Defendants.                 ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Juan Sanchez Medina and Benito Canuto Guerrero, that the status conference scheduled for January 25, 2010, may be continued to March 1, 2010, at 10:00 a.m.

    The government has forwarded a draft plea agreement and requested proffers to assure that both defendants are safety valve eligible. Time is needed to complete and review those proffers and to finalize the terms of the plea agreement. To afford additional necessary time to prepare, the parties agree that time under the Speedy Trial Act should be excluded

1  from the date of this order through the status conference on March 1,
2  2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  January 21, 2010                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JUAN SANCHEZ MEDINA

Dated:  January 21, 2010                /s/ T. Zindel for D. Koukol
                                        DAN KOUKOL
                                        Attorney for BENITO CANUTO GUERRERO


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  January 21, 2010                /s/ T. Zindel for T. Leras
                                        TODD LERAS
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to March 1, 2010, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  January 21, 2010
                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

Stip. & Order                           2