```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    JUAN SANCHEZ MEDINA
 7

 8
```

 9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        ) No. 2:09-CR-0355 FCD
                                     )
14               Plaintiff,          ) **STIPULATION AND ORDER**
                                     ) **CONTINUING STATUS CONFERENCE**
15       v.                          ) **AND EXCLUDING TIME**
                                     )
16  JUAN SANCHEZ MEDINA and          )
    BENITO CANUTO GUERRERO,          ) Date:  March 1, 2010
17                                   ) Time:  10:00 a.m.
                 Defendants.         ) Judge: Hon. Frank C. Damrell, Jr.
18                                   )
    _____)
19

20

21       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22  of America, and defendants, Juan Sanchez Medina and Benito Canuto

23  Guerrero, that the status conference scheduled for March 1, 2010, may be

24  continued to March 15, 2010, at 10:00 a.m.

25       Both parties are completing steps necessary to resolve their cases

26  under the safety valve.  The parties anticipate resolving the case in the

27  near future.  To afford additional necessary time to prepare, the parties

28  agree that time under the Speedy Trial Act should be excluded from the

1  date of this order through the status conference on March 15, 2010,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated:  February 25, 2010               /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for JUAN SANCHEZ MEDINA
8

9  Dated:  February 25, 2010               /s/ T. Zindel for D. Koukol
                                           DAN KOUKOL
10                                         Attorney for BENITO CANUTO GUERRERO

11

12                                         BENJAMIN B. WAGNER
                                           United States Attorney
13

14 Dated:  February 25, 2010               /s/ T. Zindel for T. Leras
                                           TODD LERAS
15                                         Assistant U.S. Attorney

16

17                               **O R D E R**

18      The status conference is continued to March 15, 2010, at 10:00 a.m.
19 Time under the Speedy Trial Act is excluded through that date for the
20 reasons stated above and by agreement of the parties, the Court finding
21 that the ends of justice to be served by a continuance outweigh the best
22 interests of the defendant and the public in a speedy trial.
23      IT IS SO ORDERED.

24

25 Dated: February 25, 2010

26                                         _____
                                           FRANK C. DAMRELL, JR.
27                                         UNITED STATES DISTRICT JUDGE

28

Stip. & Order                              2