```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JUAN SANCHEZ MEDINA
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-0355 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JUAN SANCHEZ MEDINA and ) | |
| BENITO CANUTO GUERRERO, ) | Date: March 15, 2010 |
| ) | Time: 10:00 a.m. |
| Defendants. ) | Judge: Hon. Frank C. Damrell, Jr. |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Juan Sanchez Medina and Benito Canuto Guerrero, that the status conference scheduled for March 15, 2010, may be continued to April 19, 2010, at 10:00 a.m.

   Both parties are completing steps necessary to resolve their cases under the safety valve but additional time is needed to complete review and to settle other guidelines adjustments.  Also, counsel for Mr. Sanchez-Medina is unavailable between March 18 and April 12, 2010.  To afford additional necessary time to prepare and to assure continuity of

counsel for Mr. Sanchez-Medina, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on April 19, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  March 9, 2010       /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for JUAN SANCHEZ MEDINA

Dated:  March 9, 2010       /s/ T. Zindel for D. Koukol
                            DAN KOUKOL
                            Attorney for BENITO CANUTO GUERRERO

                            BENJAMIN B. WAGNER
                            United States Attorney

Dated:  March 9, 2010       /s/ T. Zindel for T. Leras
                            TODD LERAS
                            Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 19, 2010, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  March 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip. & Order                              2