```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN SANCHEZ MEDINA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-0355 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| JUAN SANCHEZ MEDINA and ) | |
| BENITO CANUTO GUERRERO, ) | Date:  April 19, 2010 |
| ) | Time:  10:00 a.m. |
| Defendants. ) | Judge: Hon. Frank C. Damrell, Jr. |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Juan Sanchez Medina and Benito Canuto Guerrero, that the status conference scheduled for April 19, 2010, may be continued to May 17, 2010, at 10:00 a.m.

   Counsel for the government seeks additional time to review safety valve proffers provided by both defendants and to review defendants' proposed guidelines calculations.  So that these tasks may be completed, the parties agree that time under the Speedy Trial Act should be excluded

from the date of this order through the status conference on May 17, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated:  April 15, 2010              /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for JUAN SANCHEZ MEDINA

Dated:  April 15, 2010              /s/ T. Zindel for D. Koukol
                                      DAN KOUKOL
                                      Attorney for BENITO CANUTO GUERRERO

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated:  April 15, 2010              /s/ T. Zindel for T. Leras
                                      TODD LERAS
                                      Assistant U.S. Attorney

**O R D E R**

The status conference is continued to May 17, 2010, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  April 15, 2010

                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE