```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    JUAN SANCHEZ MEDINA
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     ) No. 2:09-CR-0355 FCD
                                  )
14           Plaintiff,           ) STIPULATION AND ORDER
                                  ) CONTINUING STATUS CONFERENCE
15       v.                       ) AND EXCLUDING TIME
                                  )
16  JUAN SANCHEZ MEDINA and       )
    BENITO CANUTO GUERRERO,       ) Date:  May 17, 2010
17                                ) Time:  10:00 a.m.
             Defendants.          ) Judge: Hon. Frank C. Damrell, Jr.
18                                )
    _____ )
19
```

20

21       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22  of America, and defendants, Juan Sanchez Medina and Benito Canuto

23  Guerrero, that the status conference scheduled for May 17, 2010, may be

24  continued to May 24, 2010, at 10:00 a.m.

25       Counsel for the government seeks additional time to review safety

26  valve proffers provided by both defendants and to review defendants'

27  proposed guidelines calculations.  So that these tasks may be completed,

28  the parties agree that time under the Speedy Trial Act should be excluded

1  from the date of this order through the status conference on May 24,
2  2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  May 13, 2010                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JUAN SANCHEZ MEDINA

Dated:  May 13, 2010                    /s/ T. Zindel for D. Koukol
                                        DAN KOUKOL
                                        Attorney for BENITO CANUTO GUERRERO

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  May 13, 2010                    /s/ T. Zindel for T. Leras
                                        TODD LERAS
                                        Assistant U.S. Attorney

## O R D E R

The status conference is continued to May 24, 2010, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  May 13, 2010                    _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE