```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN SANCHEZ MEDINA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-0355 FCD |
|         Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
|   v. ) | **AND EXCLUDING TIME** |
| ) | |
| JUAN SANCHEZ MEDINA and ) | |
| BENITO CANUTO GUERRERO, ) | Date:  May 24, 2010 |
| ) | Time:  10:00 a.m. |
|         Defendants. ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Juan Sanchez Medina and Benito Canuto Guerrero, that the status conference scheduled for May 24, 2010, may be continued to July 26, 2010, at 10:00 a.m.

    Counsel for both parties seek additional time to meet and confer regarding two issues that relate to sentencing and therefore affect the proposed resolution of the case.  The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through

the status conference on July 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), so that they may conduct additional research, meet, and confer.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: May 20, 2010         /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for JUAN SANCHEZ MEDINA

Dated: May 20, 2010         /s/ T. Zindel for D. Koukol
                            DAN KOUKOL
                            Attorney for BENITO CANUTO GUERRERO

                            BENJAMIN B. WAGNER
                            United States Attorney

Dated: May 20, 2010         /s/ T. Zindel for T. Leras
                            TODD LERAS
                            Assistant U.S. Attorney

**O R D E R**

The status conference is continued to July 26, 2010, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: May 20, 2010
                            _____
                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE