```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN SANCHEZ MEDINA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-CR-0355 FCD |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| JUAN SANCHEZ MEDINA and | ) |
| BENITO CANUTO GUERRERO, | ) Date:  August 23, 2010 |
| | ) Time:  10:00 a.m. |
| Defendants. | ) Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Juan Sanchez Medina and Benito Canuto Guerrero, that the status conference scheduled for August 23, 2010, may be continued to August 30, 2010, at 10:00 a.m.

   Counsel for all parties have met and anticipate having final plea agreements ready prior to the August 30 status conference. The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on August 30, 2010,

pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), so that the agreements may be finalized, reviewed, and signed.

>                                    Respectfully submitted,
>
>                                    DANIEL J. BRODERICK
>                                    Federal Defender

Dated:   August 19, 2010            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JUAN SANCHEZ MEDINA

Dated:   August 19, 2010            /s/ T. Zindel for D. Koukol
                                    DAN KOUKOL
                                    Attorney for BENITO CANUTO GUERRERO

>                                    BENJAMIN B. WAGNER
>                                    United States Attorney

Dated:   August 19, 2010            /s/ T. Zindel for T. Leras
                                    TODD LERAS
                                    Assistant U.S. Attorney

## O R D E R

The status conference is continued to August 30, 2010, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   August 20, 2010            _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE